**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 17, 2011 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Adriana Weisz |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00047-WYD**            Counsel:

UNITED STATES OF AMERICA,                Lillian L. Alves

       Plaintiff,

v.

**1. LUIS ABRAHAM IBARRA-VERGARA**,        Matthew K. Belcher

       Defendant.

## SENTENCING

**11:25 a.m.**   Court in Session - Defendant present (in-custody)

    **Change of Plea Hearing - Wednesday, April 27, 2011, at 3:00 p.m.
    Plea of Guilty - one-count Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

11:27 a.m.   Statement and argument on behalf of Defendant (Mr. Belcher).

11:30 a.m.   Statement and argument on behalf of Government (Ms. Alves).

11:33 a.m.   Statement and argument on behalf of Defendant (Mr. Belcher).

11:34 a.m.   Statement by Defendant on his own behalf (Mr. Ibarra-Vergara).

    Court makes findings.

**ORDERED:**   Defendant's Motion for Variant Sentence (ECF Doc. #19), filed August 3, 2011, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **37** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at .**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.  The defendant shall comply with the requirements of the sex offender registration and notification act (42 U.S.C. 16901 et seq.) as directed by the probation officer, the Bureau of Prisons or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:50 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :25**